KELLY A. JOHNSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Unit
TODD W. GLEASON
U.S. Dep't of Justice
Env. & Natural Resources Div.
Env. Defense Section
601 D. Street N.W., Suite 8000
Washington D.C. 20004
Telephone: (202) 305-0739
Fax: (202) 353-7763
Email: todd.gleason@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| PESTICIDE ACTION NETWORK NORTH AMERICA; UNITED FARM WORKERS OF AMERICA; AFL-CIO; NATURAL RESOURCES DEFENSE COUNCIL, INC.; CLEAN WATER ACTION; and NORTHWEST COALITION FOR ALTERNATIVES TO PESTICIDES,<br><br>Plaintiffs,<br><br>-vs-<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and STEPHEN L. JOHNSON, Administrator of the U.S. Environmental Protection Agency<br><br>Defendants. | Case No. C-05-02312 CW<br><br>**STIPULATION STAYING ALL DATES SET FORTH IN THE JUNE 7, 2005 ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE** |

KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JAMES A. CODA (SBN 1012669 (WI))

STIPULATION TO ADJOURN CMC ORDER; C-05-02312 CW

| | |
|---|---|
| 1 | Assistant United States Attorney |
|   | Environment & Natural Resources Unit |
| 2 | 450 Golden Gate Avenue, Box 36055 |
|   | San Francisco, California 94102 |
| 3 | Telephone: (415) 436-6967 |
|   | Facsimile: (415) 436-6748 |
| 4 | |
|   | Attorneys for Defendants |
| 5 | |
|   | MICHAEL E. WALL, SNB 170238 |
| 6 | Natural Resources Defense Council |
|   | 111 Sutter Street, 20th Floor |
| 7 | San Francisco, CA 94104 |
|   | Telephone: (415) 875-6100 |
| 8 | Facsimile: (415) 875-6161 |
| 9 | Attorney for Plaintiffs |

10   Pursuant to Local Rule 6-1(b), the above-captioned parties agree to stay all dates set forth in

11 this Court's June 7, 2005 "Order Setting Initial Case Management Conference" ("CMC Order")

12 pending a decision on the defendants' Motion to Dismiss plaintiffs' Complaint. All parties further

13 consent to the Court rescheduling the deadlines set forth in the CMC Order on or after the November

14 4, 2005. Pursuant to Local Rule 6-2, the defendants have filed a Declaration in support of this

15 Stipulation (Attachment 1 hereto).

16

17 DATE: September 12, 2005

18                                  KELLY A. JOHNSON
                                    Acting Assistant Attorney General
19                                  Environment and Natural Resources Division

20                                  _____ 9/12/05
21                                  TODD W. GLEASON
                                    U.S. Dep't of Justice
22                                  Env. & Natural Resources Div.
                                    Env. Defense Section
23                                  601 D. Street N.W., Suite 8000
                                    Washington D.C. 20004
24                                  Telephone: (202) 305-0739

25                                  _____
                                    Michael E. Wall                9-12-2005
26                                  Natural Resources Defense Council
                                    111 Sutter Street, 20th Floor
27                                  San Francisco, CA 94104
                                    Telephone: (415) 875-6100
28

1
2     PURSUANT TO STIPULATION, IT IS SO ORDERED, that all dates set forth in the June
3 7, 2005 CMC Order are stayed pending this Court's decision on defendants' Motion to Dismiss
4 plaintiffs' Complaint, and will be rescheduled, if necessary, on or after November 4, 2005.
5
6 Date: __9/19_____, 2005                 /s/ CLAUDIA WILKEN
7
8                                            The Honorable Claudia Wilken
                                           Judge of the United States District Court
9                                            Northern District of California
10
11
                                **CERTIFICATE OF SERVICE**
12
13     The undersigned hereby certifies that on this _13th_ day of September 2005, a true and
14 correct copies of the foregoing STIPULATION and DECLARATION OF TODD W. GLEASON
15 were filed electronically. Notice of this filing will be sent to all parties by operation of the Court's
16 electronic filing system.
17 DATE: September 13, 2005
18                                            Respectfully submitted,
19
20                                            TODD W. GLEASON
                                           U.S. Dep't of Justice
21                                            Env. & Natural Resources Div.
                                           Env. Defense Section
22                                            601 D. Street N.W., Suite 8000
                                           Washington D.C. 20004
23                                            Telephone: (202) 305-0739
24
25
26
27
28